**STATE of Missouri, Respondent,**

v.

**Denny Ricardo LEWIS, Appellant.**

**Nos. WD 48440, WD 49776.**

Missouri Court of Appeals, Western District.

Oct. 31, 1995.

Jarrett Aiken Johnson, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM.

Defendant appeals his conviction for possession of a controlled substance, § 195.202,

RSMo 1994, and the denial of his Rule 29.15 motion for post-conviction relief. There being no precedential value in a published opinion, we affirm pursuant to Rules 30.25(b) and 84.16(b).